IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Christopher Curry Jr.
_____
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Sheriff John Mehr
Mayor Scott Conger
Madison County Gov. Official
_____
(Enter above the full name of the defendant
or defendants in this action.)

**RECEIVED BY**
_____

**APR 20 2022**

Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Jackson

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
      
      Plaintiffs: _____
      
      Defendants: _____

      2. Court (if federal court, name the district; if state court, name the county): _____
      
      3. Docket Number: _____
      4. Name of judge to whom case was assigned: _____
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
      
      6. Approximate date of filing lawsuit: _____
      
      7. Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement: C.J.C. Jackson Madison County Jail
   A. Is there a prisoner grievance procedure in the institution?
                                                     Yes ( )   No (✓)
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
                                                     Yes ( )   No (✓)
   C. If your answer is Yes:
      1. What steps did you take? _____
      2. What was the result? _____
   D. If your answer is No, explain why not: Because There Is No gRievance PRocedure in this Institution.

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff Christopher Curry, Jr.
      Address 515 S. Liberty St. Jackson TN. 38301

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant Sheriff John Mehr, Mayor Scott Conger is employed as Madison County Gov. Official
      at Jackson TN 38301

   C. Additional Defendants: _____

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   Cruel and unsual Punishment Following conditions and Pratices amount to cruel and unsual punishment: (1) Double celling inmates crowded conditions (2) Confinement of any inmates for More Than one weeks a duration in a cell not equipped with hot water, (3) Confinement of inmates in buildings unfit for Human habitation, (4) Failure to maintain minimum sanitary conditions in the Food Storage, Preparation and service areas; (5) Failure to adequately protect inmates from the Likeihood of violent attack; (6) Failure To provide minimally adequate medical care for inmates; and (7) confirement of inmates in segegation statues for more than one week without any opportunity for physical exercise! Check Log Book

   Revised 4/18/08

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Stop Cruel Unusal Punishment, Stop Black Mold That is making me sick.

Please Compersate Me with Two hundred and Fifthy Thousand

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this ~~Agree~~ 15th day of April, 2022.

Chris Curry
515 S. Liberty St.
Jackson TN 38301
(Signature of Plaintiff/Plaintiffs)