```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION


CHRISTOPHER CURRY, JR.              )
    Plaintiff,                      )
                                    )
vs.                                 )    No. 22-cv-01070-SHM-tmp
                                    )
SHERIFF JOHN MEHR, ET AL.,          )
                                    )
    Defendants.                     )
```

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 7), docketed April 11, 2024, dismissing the case with prejudice.

# APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*April 11, 2024*                        WENDRY R. OLIVER
DATE                                    CLERK

                                         */s/ Jairo Mendez*
                                         (By) DEPUTY CLERK